Jessica Boone
State Bar No. 6329466
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR(S)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Courtney Derrell Aikens | § | CASE NO. 24-32214-SWE-13 |
| Partrainia Elese Aikens | § | |
| Debtor(s) | § | CHAPTER 13 |
| | § | |

### MOTION TO DISMISS CHAPTER 13 CASE

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW **Courtney Derrell Aikens and PARTRAINIA ELESE AIKENS**, Debtors in the above-numbered and styled cause, who files this their Motion to Dismiss Chapter 13 case, and would respectfully show the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105 and 28 U.S.C. §1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. §157(b).

2. This case was commenced by the filing of a petition on 7/29/2024

3. This case has not been converted under Section 706, 1112, or 1208.

4. Debtors desire to dismiss this Chapter 13 case.

WHEREFORE, PREMISES CONSIDERED, Debtors Courtney Derrell Aikens and Partrainia Elese Aikens pray for the Court to enter an Order dismissing Debtors' Chapter 13 case without prejudice to re-filing.

Dated: November 11, 2024

*Courtney Derrell Aikens*
**Courtney Derrell Aikens**

*Partrainia Elese Aikens*
**PARTRAINIA ELESE AIKENS**

Respectfully Submitted,

ALLMAND LAW FIRM, P.L.L.C.

/s/ Jessica Boone
Jessica Boone
State Bar No. 6329466
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 11, 2024, a true and correct copy of the foregoing was served on all parties in interest below and on the attached mailing matrix.

**DEBTORS:**
Courtney Derrell Aikens
Partrainia Elese Aikens
205 Cotton View Ln
Red Oak, TX 75154

**STANDING CHAPTER 13 TRUSTEE:**
Tom Powers
105 Decker Ct., 11th Flr., Ste. 1150
Irving, Texas 75062

**U.S. TRUSTEE**
Room 976
1100 Commerce Street
Dallas, TX 75242

By: /s/ Jessica Boone
Jessica Boone
State Bar No. 6329466