| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 24-32214-swe13<br>Northern District of Texas<br>Dallas<br>Tue Dec 10 12:54:55 CST 2024 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Camille Stecker<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Ellis County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Camille Stecker<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 |
| (p)BARRETT DAFFIN FRAPPIER TURNER & ENGEL  LL<br>4004 BELT LINE ROAD SUITE 100<br>ADDISON TX 75001-4320 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | (p)ALLMAND LAW FIRM<br>860 AIRPORT FREEWAY<br>401<br>HURST TX 76054-3264 |
| American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 | Amex<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329-7871 | Attorney General of Texas<br>Bankruptcy Collection Division<br>PO Box 12017<br>Austin, TX 78711-2017 |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>PO Box 8801<br>Wilmington, DE 19899-8801 | Boost Mobile<br>9060 Irvine Center Dr<br>Irvine, CA 92618-4645 |
| (p)CMRE FINANCIAL SERVICES INC<br>3075 E IMPERIAL HWY STE 200<br>BREA CA 92821-6753 | Capital One<br>By American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank<br>Centralized Bk dept<br>PO Box 790034<br>St Louis, MO 63179-0034 | Collection Management Company<br>2121 Noblestown Road<br>Pittsburgh, PA 15205-3956 |
| Courtney Derrell Aikens<br>205 Cotton View Ln<br>Red Oak, TX 75154-2728 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | (p)CREDIT FRESH<br>200 CONTINENTAL DRIVE SUITE 401<br>NEWARK DE 19713-4337 |
| Dallas County Appraisal<br>c/o Linebarger Goggan Blair & Sampson<br>2777 N Stemmons Frwy Suite 1000<br>Dallas, TX 75207-2328 | Discover Bank<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Ellis County Appraisal<br>c/oLinebarger Goggan Blair & Sampson<br>2323 Bryan Street Ste 1600<br>Dallas, TX 75201-2637 | Fortiva<br>Attn: Bankruptcy<br>PO Box 105555<br>Atlanta, GA 30348-5555 | (p)FOUNDATION FINANCE COMPANY<br>7802 MEADOW ROCK DRIVE<br>WESTON WI 54476-5262 |
| Fst Premier<br>601 S Minneapolis Ave<br>Sioux Falls, SD 57104 | Genesis FS Card Services<br>Attn: Bankruptcy<br>PO Box 4477<br>Beaverton, OR 97076-4401 | GoodLeap Llc.<br>8781 Sierra College Blvd,<br>Roseville, CA 95661-5920 |

```
Hosto, Buchan & Prater, P.L.L.C.      Internal Revenue Service             JPMorgan Chase Bank, N.A.
PO Box 3397                            Centralized Insolvency Operations    s/b/m/t Chase Bank USA, N.A.
Little Rock, AR 72203-3397             PO Box 7346                          c/o National Bankruptcy Services, LLC
                                       Philadelphia, PA 19101-7346          P.O. Box 9013
                                                                            Addison, Texas 75001-9013


LVNV Funding, LLC                      Lincoln Automotive Finance           Linebarger Goggan Blair & Sampson LLP
Resurgent Capital Services             attn: Bankruptcy                     c/o Tarrant County Tax Assessor
PO Box 10587                           PO Box 542000                        2777 N. Stemmons Freeway 1000
Greenville, SC 29603-0587              Omaha, NE 68154-8000                 Dallas, TX 75207-2328


(p)MOHELA                              Marcus by Goldman Sachs              Medical City Arlington
CLAIMS DEPARTMENT                      Attn: Bankruptcy                     PO Box 740782
633 SPIRIT DRIVE                       PO Box 45400                         Cincinnati, OH 45274-0782
CHESTERFIELD MO 63005-1243             Salt Lake City, UT 84145-0400


Methodist Health System                (p)MICHAEL A MOSS                    NTTA
by AIS InfoSource, LP as agent         ATTN MOSS LAW FIRM P C               PO Box 660244
PO Box 4457                            PO BOX 65020                         Dallas, TX 75266-0244
Houston, TX  77210-4457                LUBBOCK TX 79464-5020


NetCredit                              NetCredit                            (p)PORTFOLIO RECOVERY ASSOCIATES LLC
175 W Jackson Blvd                     Attn: Bankruptcy                     PO BOX 41067
Suite 600                              PO Box 206766 , Ste 1000             NORFOLK VA 23541-1067
Chicago, IL 60604-2948                 Dallas, TX 75320-6766


Partrainia Elese Aikens                Pediatrix Medical Group              PennyMac Loan Services, LLC
205 Cotton View Ln                     P.O. Box 559004                      Attn: Officer or Managing Agent
Red Oak, TX 75154-2728                 Sunrise, FL 33355-9004               PO Box 2410
                                                                            Moorpark, CA 93020-2410


Pennymac Loan Services, LLC            Premier Bankcard, LLC                Quantum3 Group LLC as agent for
P.O. Box 2410                          Jefferson Capital Systems LLC Assignee  AXIOM ACQUISITION VENTURES LLC
Moorpark, CA 93020-2410                Po Box 7999                          PO Box 788
                                       Saint Cloud MN 56302-7999            Kirkland, WA  98083-0788


Quantum3 Group LLC as agent for        Quantum3 Group LLC as agent for      Quantum3 Group LLC as agent for
Concora Credit Inc.                    Galaxy International Purchasing LLC  GoodLeap
PO Box 788                             PO Box 788                           PO Box 788
Kirkland, WA  98083-0788               Kirkland, WA  98083-0788             Kirkland, WA  98083-0788


(p)RAUSCH STURM LLP                    Red Oak Camden HOA                   Regions Bank
250 N SUNNYSLOPE ROAD                  c/o CooperZadeh Management, LLC      PO Box 10063
BROOKFIELD WI 53005-4824               12801 N Central Expy Ste 1650        Birmingham AL 35202-0063
                                       Dallas, TX 75243-1875


Regions Bankcard                       Rutledge Law Firm, P.C.              Scolopax, LLC
Attn: Bankruptcy                       2603 Augusta Drive 1060              C/O Weinstein & Riley, P.S.
2050 Parkway Office Cir                Houston, TX 77057-5658               749 GATEWAY, SUITE G-601
Hoover, AL 35244-1805                                                       ABILENE, TX 79602-1196
```

| | | |
|---|---|---|
| (p)SELF INC<br>901 E 6TH STREET SUITE 400<br>AUSTIN TX 78702-3206 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/TJX<br>Attn: Bankruptcy Dept<br>PO Box 965064<br>Orlando, FL 32896-5060 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | (p)TD BANK USA N A<br>ATTN C/O WEINSTEIN & RILEY P S<br>1415 WESTERN AVE<br>SUITE #700<br>SEATTLE WA 98101-2051 | Target<br>PO Box 9475<br>Minneapolis, MN 55440-9475 |
| Texas Alcoholic Beverage Comm<br>Licenses and Permits Division<br>PO Box 13127<br>Austin, TX 78711-3127 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | US Attorney General<br>US Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0009 |
| United States Attorney - NORTH<br>3rd. Floor, 1100 Commerce St Suite 700<br>Dallas, TX 75242 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | United States Trustee<br>Rm 976 1100 Commerce Street Suite 300<br>Dallas, TX 75242-0996 |
| Christopher Anderson<br>Allmand Law Firm, PLLC<br>860 Airport Fwy<br>Suite 401<br>76054<br>Hurst, TX 76054-3249 | Nicholas C. Inman<br>Allmand Law Firm, PLLC<br>860 Airport Freeway, Suite 401<br>Hurst, TX 76054-3264 | Thomas Powers<br>105 Decker Court, Ste 1150<br>Irving, TX 75062-3137 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Pennymac Loan Services, LLC<br>c/o BDFTE, LLP<br>4004 Belt Line Rd Ste. 100<br>Addison, TX 75001 | Allmand Law Firm, PLLC<br>860 Airport Fwy Ste 401<br>Hurst, TX 76054-3264 | CMRE Financial Services<br>Attn: Bankruptcy<br>3075 E. Imperial Hwy, Suite 200<br>Brea, CA 92821 |
| Chase Card Services<br>Attn: Bankruptcy<br>PO Box 17230<br>Wilmington, DE 19850 | CreditFresh<br>200 Continental Dr., Ste. 401<br>Newark, DE 19713 | Foundation Finance Company<br>PO Box 437<br>Schofield, WI 54476 |
| MOHELA<br>PO Box 105347<br>Atlanta, GA 30348 | Moss Law Firm, PC<br>PO Box 3340<br>Lubbock, TX 79452 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 |
| Rausch Sturm<br>Attn: Officer or Managing Agent<br>15660 N. Dallas Parkway, Suite 350<br>Dallas, TX 75248 | Self Financial Inc.<br>Attn: Bankruptcy 515 Congress Ave #<br>Austin, TX 78701 | T-Mobile<br>T-Mobile Bankruptcy Team<br>PO Box 53410<br>Bellevue, WA 98015-3410 |

TD Bank USA, N.A.
C/O Weinstein & Riley, P.S.
1415 WESTERN AVE, SUITE 700
SEATTLE, WA 98101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Camille Stecker
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

(d)Ellis County
Linebarger Goggan Blair & Sampson, LLP
c/o Camille Stecker
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

(u)FORD MOTOR CREDIT COMPANY LLC

(d)Courtney Derrell Aikens
205 Cotton View Ln
Red Oak, TX 75154-2728

(d)Partrainia Elese Aikens
205 Cotton View Ln
Red Oak, TX 75154-2728

End of Label Matrix
Mailable recipients    74
Bypassed recipients     5
Total                  79